NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1083
(Serial No. 10/852,798)

IN RE APPLIED MATERIALS ISRAEL LTD.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

David Alumot et al. moves without opposition to reform the caption to name the Applied Materials Israel Ltd. as the party in interest.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB  2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Keith Martin Tackett, Esq.
       Raymond Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK